TO BE PUBLISHED

# Supreme Court of Kentucky

2013-SC-000689-KB

**FINAL**

DATE 12-30-14 [signature]

KENTUCKY BAR ASSOCIATION

MOVANT

V.                    IN SUPREME COURT

RUSSELL W. BURGIN                    RESPONDENT

## OPINION AND ORDER

By Opinion and Order dated November 21, 2013, the Respondent, Russell W. Burgin,[1] was found guilty of one count of professional misconduct. *See Kentucky Bar Ass'n v. Burgin*, 412 S.W.3d 872, 877 (Ky. 2013). As a result, he was suspended from the practice of law in the Commonwealth of Kentucky for 60 days with thirty days of that suspension probated for two years on the conditions that Burgin attend and complete the Office of Bar Counsel's Ethics and Professionalism Enhancement Program as previously ordered; that he show proof to Bar Counsel that he has satisfied the Medicaid lien that gave rise to the charge of misconduct; and that he pay the costs of the proceedings, totaling $778.72.

On July 23, 2014, Bar Counsel brought to this Court's attention the fact that Burgin had not complied with any of the three conditions. On August 26, 2014, this Court issued an order giving Burgin 30 days to show cause, in the form of a legally satisfactory reason (if he had any), why his probation should

---

[1] Burgin's KBA Member Number is 88688 and his Bar roster address is 1249 S. Main St., Suite 3, London, Kentucky 40741. He was admitted to the Kentucky Bar on May 1, 2001.

not be revoked and the remainder of the 30-day suspension imposed. The time for responding has passed and Burgin has failed to do so.

No cause having been shown, it is hereby ORDERED that:

(1) Russell W. Burgin's probation in 2013-SC-000689-KB, as previously ordered by this Court, is revoked;

(2) Burgin is hereby suspended from the practice of law for the remaining 30 days, as previously ordered, with such suspension to take effect ten days from the date of entry of this order under SCR 3.390(1).

All sitting. All concur.

ENTERED: December 18, 2014.

_____
CHIEF JUSTICE

2